UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| Gregory Cain<br><br>     Plaintiff,<br><br>v.<br><br>Asset Acceptance, LLC<br><br>     Defendant. | Case No. 2:14-cv-13870-GCS-DRG<br><br>**Honorable George Caram Steeh**<br><br>**Magistrate Judge David R. Grand** |

## NOTICE OF SETTLEMENT

Now comes Plaintiff, through counsel, to notify the Court that the parties have reached a settlement.  The parties are currently working on facilitating the settlement.  Plaintiff expects to dismiss this case within sixty days.

                              RESPECTFULLY SUBMITTED,

                              Counsel for Plaintiff, Gregory Cain

Date: January 19, 2015         By:   s/ David M. Menditto
                              Hyslip & Taylor, LLC, LPA
                              David M. Menditto (IL Bar. 6216541)
                              1100 W. Cermak Rd., Suite B410
                              Chicago, IL 60608
                              Telephone: (312) 380-6110
                              Facsimile: (312) 361-3509
                              Email: davidm@fairdebt411.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 19, 2015, I electronically filed the foregoing Notice.  Service of this filing will be made by the Court's CM/ECF System, which will perfect service upon the following counsel of record:

Theodore W. Seitz (P60320)
Aaron L. Vorce (P68797)
Dykema Gossett PLLC
Capitol View
201 Townsend St., Suite 900
Lansing, MI 48933
*Attorneys for Defendant*

                                                      /s/ David M. Menditto