# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| Gregory Cain<br><br>　　　　Plaintiff,<br><br>v.<br><br>Asset Acceptance, LLC<br><br>　　　　Defendant. | Case No. 2:14-cv-13870-GCS-DRG<br><br>Judge: George Caram Steeh<br><br>Magistrate Judge: David R. Grand |

## ORDER OF DISMISSAL

This matter having come before the Court on the Stipulation of Dismissal with Prejudice submitted by the parties;

IT IS HEREBY ORDERED that the above-captioned case is hereby dismissed with prejudice, with each party to bear its own costs and fees.

DATE: March 9, 2015　　　　　　　　　　　s/George Caram Steeh
　　　　　　　　　　　　　　　　　　　　United States District Judge